IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| **JESSE RUSSEL** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| VS. | ) Case No. 5:25-CV-04084 |
| | ) |
| **POTTAWATOMIE COUNTY** | ) |
| **The City of St. Mary, Kansas and** | ) |
| **Officer Mary Davis, individually and in her** | ) |
| **Official Capacity as a Narcotics Offer for** | ) |
| **The St. Mary Police Department   .** | ) |

MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE

COMES NOW the plaintiff, by and through his attorney of record, and hereby requests an extension of thirty (30) days in which to obtain service on defendants in this matter. In support of this motion plaintiff states that:

1. Service is due on December 18, 2025

2. Plaintiff has asked for no previous extensions of time.

3. Plaintiff's counsel currently needs additional time in which to obtain service in this matter. This is a complicated matter and there are multiple individuals upon which to serve a summons in this matter.

WHEREFORE, plaintiff requests that the court grant an additional thirty (30) day extension of time or until January 18, 2026, in which obtain service in this matter, and for such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Rebecca M. Randles*
Rebecca M. Randles, MO Bar #40149
851 NW 45th Street
Suite 310
Kansas City, MO 64116
(816 931-9901, (816) 931-0134 (FAX)
**rebecca@rmblawyers.com**

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY Certify that the above and foregoing document was duly filed and served this 17th day of December, 2025 via the Court's eFiling service.

/s/ Rebecca M. Randles
Attorney for Plaintiffs