IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JESSE RUSSELL,                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Case No. 5:25-cv-04084-HLT-RES
                                            )
POTTAWATOMIE COUNTY; et. al.                )
                                            )
            Defendants.                     )

**DEFENDANTS CITY OF ST. MARY'S, KANSAS AND LISA DAVIS'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM**

COME NOW, Defendants, City of St. Mary's, Kansas ("City"),  and Lisa Davis ("Officer Davis") (collectively "Defendants"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss Plaintiff's Second Amended Complaint (Doc. 26) with prejudice for failure to state a claim upon which relief may be granted.

Plaintiff's Second Amended Complaint asserts three claims pursuant to 42 U.S.C. § 1983: Count I against all Defendants for failure to train; Count II against all Defendants for violation of the due process clause of the Fourteenth Amendment; and Count III against all defendants pursuant for supervisory liability. In Count IV, Plaintiff brings a claim for malicious prosecution pursuant to Kansas state law.

As discussed fully in the Memorandum in Support filed concurrently herewith, the Second Amended Complaint against the City fails as a matter of law because Plaintiff does not plead any facts that would support a valid claim for municipal liability pursuant to 42 U.S.C. § 1983. *Monell v. Dep't. of Soc. Servs. of the City of New York*, 436 U.S. 658, 690, 98 S. Ct. 2018, 56 L.Ed.2d 611 (1978). Plaintiff offers conclusory statements, as opposed to actual facts, that fail to show an

3891755.1

unconstitutional policy, custom or practice of the City, or any causal connection to a policy, custom or practice that would support Plaintiff's claims for failure to train or supervise. Plaintiff's failure to plead actual facts rather than conclusory allegations mandates dismissal for failure to state a claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Qualified immunity protects Officer Davis from liability because there was no violation of a clearly established constitutional right. *Doe v. Woodard*, 912 F.3d 1278, 1289 (10th Cir. 2019). Plaintiff fails to meet the heavy two-part burden to avoid Officer Davis's entitlement to qualified immunity because the Second Amended Complaints does not contain any facts that plausibly state a constitutional violation of Plaintiff's due process rights under the Fourth or Fourteenth Amendments, or that any such right was clearly established.

The Second Amended Complaint does not contain facts that support a claim for malicious prosecution under Kansas state law. And the actions undertaken by City employee Officer Davis were discretionary in nature and immunity under the Kansas Tort Claims Act applies to bar Plaintiff's state tort claim.

WHEREFORE, Defendants, City of St. Mary's, Kansas and Lisa Davis respectfully move this Court to dismiss all of Plaintiff's claims against them with prejudice, dismiss them as Defendants in this case, and for such other and further relief this Court deems just and proper.

Respectfully submitted,

HINKLE LAW FIRM <u>LLC</u>
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219-8197
913-345-9205/ FAX: 913-345-4832

By:    */s/ Michelle R. Stewart*
    Michelle R. Stewart, <u>mstewart@hinklaw.com</u>  #19260

ATTORNEYS FOR DEFENDANTS
CITY OF ST. MARY'S, KANSAS and LISA DAVIS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21 day of April, 2026, the foregoing *Defendants City of St. Mary's, Kansas and Lisa Davis's Motion To Dismiss Plaintiff's Second Amended Complaint  For Failure To State A Claim* was filed electronically with the Clerk of the US District Court; and a copy was served via ECF electronic notification and via email on the following:

Rebecca M. Randles, MO#40149 (rebecca@rmblawyers.com)
RANDLES MATA, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
816-931-9901 / Fax: 816-931-0134
ATTORNEY FOR PLAINTIFF

Remington B. Smith, #26959 (rsmith@enszjester.com)
ENSZ & JESTER, PC
1100 Main Street, Suite 2121
Kansas City, MO 64105
816-474-8010 / Fax 816-471-7910
*Attorneys For Defendant*
*Pottawatomie County, Kansas*


                                        /s/ Michelle R. Stewart
                                        ATTORNEYS FOR DEFENDANTS
                                        CITY OF ST. MARY'S, KANSAS and LISA
                                        DAVIS

3891755.1